**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **TONY CLARK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CAFN: 1:25-cv-02020-JPB** |
| | ) | |
| **BARRY STOVALL and SWIFT** | ) | |
| **TRANSPORTATION CO. OF** | ) | |
| **ARIZONA, LLC,** | ) | |
| | | |
| **Defendants.** | | |

## PLAINTIFF'S IDENTIFICATION OF RETAINED EXPERT WITH RULE 26 REPORT

COMES NOW TONY CLARK, Plaintiff pursuant to FRCP Rule 26(a)(2)(B) and hereby serve the following supplemental expert disclosure with attachments with respect to AARIAN AFSHARI, M.D., FACEP, FIG LCP-C;

1. A written report, signed by Aarian Afshari, MD, LCP-C, which states his opinions, the basis and reasons for them, and the data or other information considered by him pursuant to Rule 26(a)(2)(B)(i) thru (iii), which is attached as EXHIBIT 1;

2. Dr. Afshari's current vita or resume, which lists his qualifications and publications pursuant to Rule 26(a)(2)(B)(iv) which is attached as EXHIBIT 2;

3. A list of all cases that Dr. Afshari has testified in during the past four years pursuant to Rule 26(a)(2)(B)(v), which is attached as EXHIBIT 3; and

4. Dr. Afshari's fee schedule, which states his rate of compensation for work being performed in connection with this case, which is attached as EXHIBIT 4.

This <u>3rd</u> day of November, 2025.

/s/ Edward J. Hardrick
Edward J. Hardrick, Esq.
Attorney for Plaintiff
Georgia Bar No. 606792

MORGAN & MORGAN ATLANTA, PLLC
11605 Haynes Bridge Road, Suite 490
Alpharetta, Georgia 30009
Main: (770) 576-7634
Fax: (770) 576-7684
Email:  ehardrick@forthepeople.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed IDENTIFICATION OF RETAINED EXPERT WITH RULE 26 REPORT with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record

Shane Keith & Jacob Weiss
HAWKINS PARNELL & YOUNG, LLP
303 Peachtree Street, NE
Suite 4000
Atlanta, Georgia 30308
skeith@hpylaw.com
jweiss@hpylaw.com
*Attorneys for Defendants*

This $\underline{3^{rd}}$ day of November, 2025.

/s/ Edward J. Hardrick
Edward J. Hardrick, Esq.
Attorney for Plaintiff
Georgia Bar No. 606792

MORGAN & MORGAN ATLANTA, PLLC
11605 Haynes Bridge Road, Suite 490
Alpharetta, Georgia 30009
Main: (770) 576-7634
Fax: (770) 576-7684
Email:  ehardrick@forthepeople.com