# LIFE CARE PLAN

| | | | |
|---|---|---|---|
| **CLIENT:** | **Tony Clark** | **DOB:** | **10/02/1966, Age 59** |
| **ADDRESS:** | **505 Lynhurst Drive, SW** | **DOI:** | **08/29/2024** |
| | **Atlanta, GA 30311** | | |
| **PHONE:** | **678-779-1657** | **REPORT DATE:** | 10/28/2025 |

## ABOUT AUTHOR

**Dr. Aarian Afshari** is a board-certified Emergency Medicine Physician and elected Fellow of the American College of Emergency Physicians (FACEP). He completed his residency specialty training at the Prestigious Emory University School of Medicine and Grady Memorial Hospital's Marcus Trauma Center. He has held multiple Medical Director and Assistant Medical Director roles within large hospital systems and private clinics specializing in Physical Recovery and Wellness. He is a published medical journal author and has presented at national medical and surgical conferences. With a compassionate and patient-centered approach at the forefront of his care, he specializes in and has extensive experience evaluating and treating a broad spectrum of medical presentations including various acute and chronic pain conditions, including neck and back pain, spinal cord injuries, neuropathic pain, orthopedic injuries, soft tissue injuries, traumatic injuries, pediatric injuries and emergencies (including the entire spectrum of medical and traumatic presentations), neurological and cardio-respiratory medical emergencies, environmental emergencies, post-operative emergencies, critical care conditions, mental health emergencies, elderly medical and traumatic conditions, acute catastrophic injury care and treatment, and a multitude of other medical and traumatic conditions. In 2025, Dr. Afshari completed his Life Care Planning training through FIG Education, Inc. and obtained FIG's Life Care Planning - Certified (FIG LCP-C) credential. He brings extensive experience in evaluating and managing complex medical and traumatic injuries and conditions. Dr. Afshari applies a precise, evidence-based approach to life care planning, ensuring accuracy in medical cost projections and furthermore helping legal teams navigate complex healthcare-related litigation. With meticulous attention to detail and thorough documentation, Dr. Afshari provides clarity and accuracy in outlining comprehensive Life Care Plans tailored to each individual's circumstances. Dr. Afshari is a member of the International Association of Rehabilitation Professionals (IARP) Life Care Planning section (IARP-IALCP) and several other professional organizations. He is a passionate community volunteer for the underserved both locally and internationally. Based in Jacksonville, Florida, he enjoys spending quality time with his wife and two children. He also enjoys golfing, fly fishing, football, hiking, and fitness.

# EXPERT WITNESS DISCLOSURE

1. This Life Care Plan report sets forth the opinions I reached based on the documents and information that I was provided.
2. The facts and data considered in forming my opinions are summarized in this Life Care Plan report.
3. The Life Care Plan report is subject to amendment if new/additional information becomes available.

# ABOUT LIFE CARE PLANNING

The International Academy of Life Care Planners (IALCP) / International Association of Rehabilitation Professionals (IARP) defines the Life Care Plan as a dynamic document based upon published standards of practice, comprehensive assessment, data analysis and research, which provides an organized, concise plan for current and future needs with associated costs for individuals who have experienced catastrophic injury or have chronic health care needs (International Conference on Life Care Planning, 1998). The development of an individualized plan of care has always been considered an integral part of the medical and rehabilitation process. This type of plan has historically been used by multiple disciplines. Rehabilitation professionals have created a rehabilitation plan. Nurses developed a nursing care plan. Physicians defined a medical treatment plan, and other professions developed plans specific to their practice. An integrated plan that includes all disciplines and specific costs of care has become an increasingly important aspect of the health care process due to rapid growth in medical technology and an increased emphasis on the cost of care. Life care planning is a transdisciplinary specialty practice.

Each profession brings to the process of life care planning practice standards that must be adhered to by the individual professional, and these standards remain applicable while the practitioner engages in life care planning activities. Each professional works within their own scope of practice, standards of practice, and regulatory requirements that ensure accountability, provide direction, and describe the mandated responsibilities of their field. These standards include, but are not limited to, activities related to quality of care, qualifications, collaboration, law, ethics, advocacy, resource utilization, and research. The Life Care Planner is responsible for following the standards of practice for life care planners. The Life Care Planner must examine their qualifications, training, and experience as applied to each individual case. Therefore, knowledge of diagnoses, disability, and future care considerations are necessary components of the professional's competency for the development of each Life Care Plan. The Life Care Plan is a document that provides accurate and timely information which can be followed by the evaluee (or client) and relevant parties. It is a detailed

document that can serve as a lifelong guide to assist in the delivery of health care services. The Life Care Plan reflects a collaborative effort among the various parties, when possible, and goals that are preventative, habilitative, palliative, and rehabilitative in nature and should optimize outcomes. As a dynamic document, the Life Care Plan may require periodic updating to accommodate changes. The goals of the Life Care Plan include: 1) To assist the evaluee in achieving optimal outcomes by developing an appropriate plan of rehabilitation, prevention, and reduction of complications. This includes recommendations that contribute to the evaluee's health, wellness, and quality of life. 2) To provide health education to the evaluee and relevant parties, when appropriate. 3) To specify services and the charges for those services needed by the evaluee and associated costs. 4) To evaluate alternatives for care that take into consideration appropriate and least restrictive options for the evaluee. 5) To communicate the objective of the Life Care Plan to the evaluee and relevant parties, as appropriate. (IALCP / IARP Standards of Practice, 2022).

The American Academy of Physician Life Care Planners (AAPLCP) defines life care planning as the process of applying methodological analysis to formulate diagnostic conclusions, and opinions regarding physical and/or mental impairment and disability for the purposes of determining care requirements for individuals with permanent or chronic medical conditions and quantifying these requirements in monetary terms. AAPLCP defines a Life Care Plan report as comprehensive documents that objectively identify the residual medical conditions and ongoing care requirements of ill/injured individuals, and they quantify the costs of supplying these individuals with requisite, medically related goods, and services throughout probable durations of care.

According to the life care planning methodology, topics that are considered (but not limited to) for inclusion in a life care plan include evaluations, therapies, diagnostic testing, medical and adaptive equipment, aids for independent functioning, prescription, and nonprescription medications, home care/facility care, routine medical care, transportation, architectural modifications, potential complications, surgical intervention, and vocational services. There is a standardized procedure for gathering information to develop a Life Care Plan, including an interview with the client, reviewing medical records, and supporting documents (when applicable), consulting with treatment providers and/or experts (where appropriate), and researching costs and sources for treatment.

© 2025, LCPpro®, LLC

# METHODOLOGY

1. The role of the Life Care Planner is to estimate the costs associated with the client's future care needs to enable the client, as well as the client's family, financial planners, and medical providers, to plan accordingly to ensure that the client receives necessary care in the future. The role of the Life Care Planner does not include rendering a medical diagnosis, opinions on causation, or ordering/prescribing medical care. The Life Care Planner does not have a physician-patient relationship with the client.

2. The methodology utilized in formulating opinions of future care with associated costs is derived from the peer-reviewed, published methodologies and Standards of Practice within the life care planning associations (American Academy of Physician Life Care Planners, International Academy of Life Care Planners/International Association of Rehabilitation Professionals, and American Association of Nurse Life Care Planners).

3. LCPpro®'s methodology is carried out by a transdisciplinary team (doctors, nurses, rehabilitation, vocational, etc.) with the Physician Life Care Planner as the team leader and author of the Life Care Plan. The Life Care Planner has developed his/her opinions with the assistance of a team of licensed, certified, and trained Life Care Planners. LCPpro®'s process of completing a Life Care Plan customarily (but not always) includes a pre-assessment questionnaire, review of provided records, development of a medical chronology, virtual and/or telephonic assessment of the client and significant other (where applicable), collaboration with providers (where applicable), medical research (where applicable), cost research, determination of future care with associated costs, and finalization of the Life Care Plan report. The team helps gather information through the review of the records, requests for additional records (when applicable), and costing research. The Life Care Planner reviews the provided information and reaches a final conclusion of future care with associated costs. The Life Care Planner's recommendations of future care are based on 1) provider recommendations and patterns of care, 2) prior experience, and 3) evidence-based literature.

4. This Life Care Plan serves as a guide for the client and/or family, case managers, and healthcare providers with respect to future care and associated costs. This Life Care Plan has been formulated to provide optimal medical care in an effort to accomplish the Clinical Objectives (or goals) in Life Care Planning, including, but not limited to:

   a. Diminish or eliminate physical and psychological pain and suffering;
   b. Reach and maintain the highest level of function given an individual's unique circumstances;

   c.  Prevent complications to which an individual's unique physical and mental conditions predispose them; and

   d.  Afford the individual the best possible quality of life in light of his/her condition.

5.  This Life Care Plan employs an anticipatory, preventative, and proactive model of care, and its formulation relies upon a reasonable degree of medical probability. It should be understood that this Life Care Plan is not a prescription for care. Rather, it represents a logical model of care that anticipates the medically related goods and services that will likely be required and/or would be beneficial to the client throughout his/her probable duration of care, which could or could not be through life expectancy. The Life Care Plan can be utilized as a case management tool and for the further purpose of substantiating appropriate medically related financial reserves.

6.  My best effort has been made to consider and utilize the medical, social, psychological, educational, vocational, and rehabilitation data to the extent available and applicable. When possible and appropriate, the goals and desires of the client and/or family are expressed within this Life Care Plan, if known, and if they support the client's best interests. To accomplish the Clinical Objectives in Life Care Planning, I have relied upon my education, training, skills, and professional experience as a practicing doctor and Life Care Planner. When applicable, I have also relied upon the providers' recommendations (or patterns of care noted in the records) of current and future care as well as taken into consideration any published evidence-based guidelines, such as the Official Disability Guidelines by MCG.

7.  Consideration has been afforded to prospective phase changes due to aging and the progression of the client's relevant diagnostic conditions and disabilities. Employing a prognosis-based model of future care, I have also considered possible/potential complications as well as likely/probable complications. The goal is to reduce or avoid these complications in a proactive yet prognosis-based model of care and only include complications that are current and recurring or inevitable given the nature of the diagnosis.

8.  This Life Care Plan presumes that optimal medical care positively affects life expectancy and overall health outcomes for individuals with lifelong and/or long-term medical conditions, as optimal medical care is presumed to mitigate many potential risk factors and complications associated with the client's known medical conditions.

9.  The Life Care Plan is specific to the individual and is intended to follow the client throughout his/her lifetime to ensure funds will be available to properly care for the client.

10.  I consider all future medical recommendations in this Life Care Plan to be reasonable and necessary in effort to meet the Clinical Objectives in Life Care Planning.

Tony Clark - Life Care Plan
© 2025, LCPpro®, LLC

11. The CDC National Vital Statistics Report (Table 1 – Total Population) is used for the purpose of calculating future care over the client's anticipated life expectancy. This Life Care Planner does not offer opinions regarding gender, ethnicity, reduced life expectancy, or rated age.

12. The costs in the Life Care Plan are presented in today's dollars and in usual, customary, and reasonable charges (UCR), where applicable. No provision has been made for future inflation or present-day value. The costs listed in the Life Care Plan are obtained through methods accepted and utilized in the Life Care Planning industry, such as: 1) actual charges from the client's providers that are considered recent within the last 24 months (when available); 2) median of the 70-80% percentile of UCR charges obtained from three national costing databases (Practice Management Information Corporation Medical Fees Directory (PMIC), Physicians Fee Reference (PFR), and Medata) adjusted to the client's zip code/geographical area; 3) internet research with suppliers, facilities, pharmacies, and vendors; and/or 4) LCPpro®'s proprietary database (Median Cost Research) specific to the cost of injections and surgeries.

    a. The American Medical Association (AMA) defines usual, customary, and reasonable (UCR) as follows:

        i. A usual fee is a fee that is usually charged, for a given service, by an individual physician to his private patient;

        ii. A fee is customary when it is within the range of usual fees currently charged by physicians of similar training and experience, for the same service within the same specific and limited geographical area; and

        iii. A fee is reasonable when it meets the above two criteria and is justifiable, considering the special circumstances of the particular case in question, without regard to payments that have been discounted under governmental or private plans.

    b. If actual charges within the last 24 months, estimates, or costs specific to a certain procedure/ surgery are available from the provider, LCPpro®'s protocol is to use these actual charges in the Life Care Plan tables.

    c. If actual charges are not available from the provider, LCPpro® then defaults to usual, customary, and reasonable (UCR) charges from national costing databases, LCPpro®'s Median Cost Research, and/or internet research.

        1. Established in 1983, the Physicians Fee Reference (PFR) is published by Wasserman Medical & Dental. The PFR is a subscription-based resource that incorporates, evaluates, and synthesizes data each year from the 'CMS Limited Data Set' and 'Defense Health Agency,' which contains over 35 million claims from all US localities. The PFR information is presented nationally by percentile at the 50th, 75th, and 90th percentile and adjusted by uniform conversation factors also known as geographical multipliers. PFR geographic multipliers are provided to adjust national PFR fee references to local values based on the 3 digit zip code prefixes. The PFR is a nationally recognized and accepted resource within

the Life Care Planning community that is regularly relied upon to provide cost estimates in the context of Life Care Plans.

2. The Medical Fees Directory is a published collaboration between Practice Management Information Corporation (PMIC) and Context4 Healthcare, Inc. The Medical Fees Directory is in its 27th annual edition. The PMIC is based off 600 million claims from all US localities. The Medical Fees Directory is also a subscription-based resource. The Medical Fees Directory is another nationally recognized and accepted resource within the Life Care Planning community that is regularly relied upon to provide cost estimates in the context of Life Care Plan.

3. Established in 1975, the MedRisk Medata (Medata) is an online database specializing in the field of medical bill review and cost containment. Medata is based on a real-time review of claims from all US localities. Medata is a paid online subscription renewed on an annual basis. Medata is another nationally recognized and accepted resource within the Life Care Planning community that is regularly relied upon to provide cost estimates in the context of Life Care Plan.

4. LCPpro® developed a confidential, proprietary, and trade secret database titled the Median Cost Research. LCPpro®'s Median Cost Research database was created utilizing data from more than 4,000 cases referred to LCPpro over the years. LCPpro®'s Median Cost Research is based on actual provider charges and actual provider estimates for injections and surgeries. LCPpro®'s Median Cost Research utilizes information from the last 24 months of actual provider charges/bills to identify the median charge from its extensive database to provide a cost estimate for a particular injection, procedure, or surgery. LCPpro®'s Median Cost Research proprietary database is updated on a quarterly basis (when applicable).  LCPpro's method of identifying the median of actual provider charges within the last 24 months was peer reviewed and acknowledged as being widely used and accepted by 50+ practicing Life Care Planners on August 22, 2025.  This method (utilizing charges from actual providers) is also widely used and accepted within the industry due to the complexity of identifying the numerous billing codes and costs with a procedure or surgery.

13. This Life Care plan report is being submitted with the understanding that additional information could be received from the providers. The Life Care Plan recommendations could or could not be subject to change with a review of the additional medical information from the providers. The Life Care Plan should be reviewed/updated when there are significant changes to the client's medical condition.

14. Efforts have been made to have a peer-to-peer discussion with current providers to support the Life Care Plan recommendations. Peer-to-peer efforts include three attempts to reach the provider via letter with follow-up phone calls. If these attempts are unsuccessful, the opinions of future care are based on the provided information, assessment, research, and knowledge/skills/training/experience. The Life Care Planner reserves the right to revise the Life Care Plan at a later date if a peer-to-peer discussion becomes available.

15. Dr. Steven Barnett serves as the Strategic Health Advisor for LCPpro®, LLC. Dr. Barnett's role is to support and advise the LCPpro® team to ensure an accurate and quality-focused service. This includes, but is not limited to, staffing cases with the LCPpro® team and referral source, reviewing cases to determine the most appropriate product and timing of referral, oversight of the systems and processes for life care planning process, support/guidance to the LCPpro® team including the Physician Life Care Planners, and reviewing Life Care Plan reports for quality assurance and adherence to the methodology. Dr. Barnett graduated from Brooklyn College with a Bachelor of Science Degree in January of 1976 and then attended Palmer College of Chiropractic in Davenport, Iowa, graduating in September of 1979. Upon graduation, he accepted a teaching position at Life University in Marietta, Georgia. Later that year, Dr. Barnett opened Barnett Chiropractic Office(s) PC in Stone Mountain, Georgia. He practiced and developed one of the most successful chiropractic offices in Georgia until retiring in 2009. Very shortly after announcing his retirement, he was hired by Dekalb Medical Center in Decatur, Georgia, and named the Director of Chiropractic Relations for the Dekalb System. It was a new position created specifically for him. The program became so successful it gave birth to The Chiropractic Referral Index, which is one of the largest privately held Chiropractic Networks in the country, involving thousands of healthcare providers of all disciplines. Carefully trained as a hospital administrator, Dr. Barnett's position at the hospital expanded into business development. He co-created the motor vehicle information service at Dekalb Medical 404 501 AUTO and served as the triage coordinator for injured patients needing additional assistance and support. This program was duplicated but never replicated by other hospital systems. Dr. Barnett quickly became a much sought-after national consultant and speaker for other hospital systems, including The Mayo Clinic in Jacksonville, Florida. He was the Keynote Speaker at The Mayo for The Neuroscience and Neurosurgical Lecture Series in 2018 becoming the first chiropractor to deliver the keynote address at The Mayo Clinic. Dr. Barnett also served as the Director of Chiropractic Relations and Business Development for North Fulton Hospital in Roswell, Georgia, establishing a chiropractic database and a funded spine surgery program. His administration prowess and vision resulted in him serving as a consultant for several neurosurgical centers and orthopedic groups. In 2018, Emory merged with Dekalb Medical Center, making it the largest hospital system in Georgia. Dr. Barnett served this 30,000-employee system as the Director of Chiropractic Relations. In 2021, due to his multifaceted background and understanding of personal injury, he expanded his knowledge by completing a nationally recognized 120-hour certification program from FIG Education, Inc., earned FIG's Life Care Planning – Certified (FIG LCP-C) credential, earned certification by the Academy of Certified

Brain Injury Specialists & Brain Injury Association of America, and became a Board Certified Life Care Planner (#1596) through the International Commission on Health Care Certification (ICHCC).  In 2024, he also received the Certified Health Professional Life Care Planner (CHLCP) from the Universal Life Care Planner Certification Board. In 2024, Dr. Barnett was appointed the Director of Chiropractic Community Care Network with the Veterans Administration.

# RECORDS REVIEWED

| Facility / Provider Group | Provider / Specialty | Dates |
|---|---|---|
| Grady EMS | Andrew Bevans, EMT-Basic / EMS | 08/29/2024 |
| Emory Healthcare / Emory University Hospital Midtown | John Diehl, MD; Robert Vichich, MD; Tammy Luu, PA; Lisa Delancy, NP / Emergency Medicine<br>Carol Gray, DNP / Nephrology<br>Jason Weiden, MD; Ling Chien, MD; Scott Hamlin, MD / Radiology | 08/29/2024 - 08/30/2024 |
| Southern Crescent Medical Clinic | Leah Hartpence, NP-C / Nurse Practitioner<br>Kirsten Dwyer, DC; Jay Lerner, DC / Chiropractic | 09/05/2024 - 11/05/2024 |
| Brain Injury Solutions | Tamara Greene, MD; Erin James, APRN / Neurology | 09/05/2024 - 10/22/2024 |
| Regenerative Spine and Pain Specialists / Regenerative Spines | Jennifer Xiong / Interventional Pain | 09/05/2024 - 03/26/2025 |
| American Health Imaging | David Owens, MD / Radiologist | 09/16/2024 |
| ProLevel Recovery / Southern Crescent Physical Therapy | Aaron Adams, PT / Physical Therapy | 09/17/2024 - 04/01/2025 |
| Neuropsych Centers / Psych Centers of Georgia | Jeremy Hertza, Psy.D. / Neuropsychologist<br>Pavan Tummala, MD / Neurologist<br>Montinique McCallum, LCSW / Counselor<br>Erica O'Sullivan, SLP / Speech Therapist | 10/08/2024 - 02/26/2025 |
| Georgia Spine and Orthopaedics | Vinson Smith, MD; Erik Bendiks, MD; Nicholas Caputo, PA-C / Orthopedic Surgery | 05/06/2025 - 07/15/2025 |
| Fyzical Therapy and Balance Center | Glendora Hurst, PT / Physical Therapist | 05/13/2025 - 07/09/2025 |

| Facility / Provider Group | Provider / Specialty | Dates |
|---|---|---|
| Neuro Spine | Roland Hamilton, MD; Douglas Hernandez, PA; Edyta Chmiel, NP / Neurology | 05/20/2025 - 08/26/2025 |
| Advanced Imaging Centers | Michael Connolly, MD; Chad Barker, MD / Radiologist | 06/05/2025 |

# MEDICAL DIAGNOSES (from medical records)

| |
|---|
| Motor vehicle accident (MVA), sequela |
| Concussion with unknown loss of consciousness (LOC), sequela |
| Postconcussional syndrome |
| Traumatic brain injury (mTBI) |
| Post-traumatic headache, unspecified, not intractable |
| Headache |
| Benign paroxysmal vertigo, bilateral |
| Other visual disturbances |
| Glare sensitivity |
| Unspecified hearing loss, unspecified ear |
| Tinnitus |
| Nausea |
| Other symptoms and signs concerning food and fluid intake |
| Other amnesia |
| Attention and concentration deficit |
| Cognitive communication deficit |
| Cognitive changes |
| Dizziness and giddiness |
| Anxiety disorder, unspecified |
| Emotional lability |
| Insomnia, unspecified |
| Mild neurocognitive disorder, due to multiple etiologies (head injury, mood, medical history) |
| Adjustment disorder, with mixed anxiety and depressed mood |
| Post traumatic stress disorder (PTSD), unspecified |
| Anxiety, unspecified |
| Major depressive disorder, moderate, recurrent |
| Cervicalgia |
| Cervical radiculopathy |
| Cervical herniated nucleus pulposus (HNP), C2-3, C3-4 |

| |
|---|
| Cervical HNP, C4-5 |
| Cervical stenosis of spine |
| Internal disc disruption C4-5 |
| Cervical internal disc disruption C6-7 |
| Cervicothoracic disc disruption |
| Facet arthropathy, cervical |
| Pain in right shoulder |
| Low back pain |
| Lumbar radiculopathy |
| Internal disc disruption, lumbar spine |
| Lumbar HNP |
| Left thigh pain |
| Left hip pain |
| Paresthesia |
| Myofascial pain |
| Musculoskeletal pain |
| Muscle spasm of back |
| Pain in left knee |

Tony Clark - Life Care Plan
© 2025, LCPpro®, LLC

# MEDICAL CHRONOLOGY

**08/29/2024**

Mr. Tony Clark was evaluated on-scene by Andre Bevans, EMT-Basic, EMS, with Grady EMS for injury to hand and headache at the scene of an MVA. He stated he was in the turning lane making a right turn and a tractor trailer was making a right turn from the left lane and ended up squeezing his car and damaging the entire left side. There was no airbag deployment. Mr. Clark self-extricated and declined loss of consciousness. EMS noted head pain, left arm pain, swelling, tenderness, and hand-palm laceration (1 inch laceration to his hand). EMS attempted a cervical collar but Mr. Clark declined. EMS controlled the bleeding to the laceration on his hand. His pain was rated as 8/10. He was transported via ambulance to Emory Midtown Emergency Room (ER).

**08/29/2024 - 08/30/2024**

Upon arrival to the ER via ambulance, Mr. Clark was evaluated by Dr. John Diehl, Emergency Medicine, at Emory University Hospital Midtown for headache, neck pain and bilateral lower leg pain status post (s/p) motor vehicle collision (MVC) prior to arrival. He stated he was in his sedan, making a right turn, when a semi-truck in the left lane of him turned to the right as well but did not see his vehicle. This caused the rear cargo area of the semi-truck to crush the driver side of his car. Mr. Clark stated that he hit the top of his head against the roof of her car, the windshield was cracked and broken, and he was able to self-extricate from the front passenger side.  He also stated that he sustained a laceration to his left hand in the process of crawling out of the vehicle. He stated he required assistance in ambulation immediately post-collision due to left lateral thigh numbness and leg weakness. Weakness had resolved but numbness remained. He currently complained of headache, neck pain, and pain in his bilateral lower legs. He did not have this numbness and tingling sensation in the past prior to this accident. It was noted that he is in end stage renal disease undergoing hemodialysis so he does not produce urine. Dr. Diehl noted multiple superficial abrasions across arms, superficial abrasion to forehead, no obvious hematoma, and no gross trauma or injury. Medication, labs, and imaging was ordered. Imaging was obtained, and no acute injuries were noted. Consults were obtained from nephrology and from critical care. His labs were significant for hyperkalemia of 7 and he was provided medications to decrease his potassium level along with emergent dialysis, and instructed to follow-up with his nephrologist in 1 day. On 08/30/2024, he was discharged to home with prescriptions for Cyclobenzaprine 10 mg, Acetaminophen 325 mg for pain, and Lidocaine 5% ointment for pain.

**08/29/2024**

- X-ray, Left Hand (referred by Tammy Luu, PA/Emergency Medicine at Emory University Hospital Midtown):  No acute osseous abnormality. No visualized radiopaque foreign bodies. Please note, not all glass is radiopaque.

- CT, Head (referred by PA Luu at Emory University Hospital Midtown):
  1. No acute intracranial abnormality.
  2. No acute displaced fracture or traumatic malalignment of the cervical spine.
  3. Multilevel degenerative changes of the cervical spine resulting in moderate to severe spinal canal narrowing at C2-3 and C3-4.

- CT, Cervical Spine (referred by PA Luu at Emory University Hospital Midtown):
  1. No acute intracranial abnormality.
  2. No acute displaced fracture or traumatic malalignment of the cervical spine.
  3. Multilevel degenerative changes of the cervical spine resulting in moderate to severe spinal canal narrowing at C2-3 and C3-4.

- CT, Chest with IV contrast (referred by PA Luu at Emory University Hospital Midtown):
  1. No acute traumatic abnormality in the chest. No acute displaced fracture.
  2. Severe stenosis of the lower superior vena cava (SVC) with prominent mediastinal and right chest wall venous collateralization.
  3. Please refer to separately dictated CT abdomen and pelvis for discussion of findings below the diaphragm.

- CT, Abdomen with IV contrast (referred by PA Luu at Emory University Hospital Midtown):
  1. No acute traumatic abnormality in the abdomen and pelvis.
  2. No acute displaced fracture.
  3. Chronic / incidental findings as above.

**08/30/2024**

- CT, Lumbar Spine (referred by Lisa Delancy, NP/Emergency Medicine at Emory University Hospital Midtown):
  1. No acute fracture or traumatic malalignment in the thoracic or lumbar spine. Renal osteodystrophy.
  2. Atrophic polycystic kidneys. 2.3 x 2.2cm hyperdense nodule in the upper pole left kidney, which is suspicious for renal cell carcinoma. Recommend further evaluation with abdominal MRI.

**08/30/2024**

- CT, Thoracic Spine (referred by NP Delancy at Emory University Hospital Midtown):
    1. No acute fracture or traumatic malalignment in the thoracic or lumbar spine. Renal osteodystrophy.
    2. Atrophic polycystic kidneys. 2.3 x 2.2cm  hyperdense nodule in the upper pole left kidney, which is suspicious for renal cell carcinoma. Recommend further evaluation with abdominal MRI.

**09/05/2024**

Mr. Clark was evaluated by Leah Hartpence, NP-C, Nurse Practitioner, at Southern Crescent Medical Clinic for pain in the back of the head, left shoulder pain, and sacrum pain. He rated his pain in the back of the head as 7/10 pain, located on the left side, it appeared in the morning and afternoon, came on gradually and had progressively been getting worse. The left shoulder pain was rated at 7/10, and located on the left side. The sacrum pain was progressively getting worse. He rated the sacrum pain at 8/10, and it was located on both sides. The pain areas inhibited activity, and his pain was aggravated by bending forward or backward, bending to the left or right, twisting left or right, coughing, sneezing, or lifting. The pain was brought on by straining, standing, sitting, heat, cold, and resting. Physical exam noted tenderness to digital palpation and muscle tension on both sides of the cervical spine, thoracic spine, lumbar spine, and left sacroiliac (SI) joint. Multiple active trigger points were noted on the cervical spine, thoracic spine, lumbar spine, and left SI joint. Muscle spasms were also noted. <u>NP Hartpence recommended chiropractic therapy for 30 days and then re-evaluation, trigger point injections (TPIs) for pain, inflammation and spasm of affected areas, he was referred for MRIs, and started on Acetaminophen-Codeine 300-30 mg every 6 hours as needed for severe pain, and Prednisone 20 mg every morning for 7 days.</u>

**09/05/2024**

Mr. Clark was evaluated by Erin James, APRN, Neurology, at Brain Injury Solutions for neurological evaluation s/p MVA on 08/29/2024. He reported his car was crushed under a tractor trailer, and he crawled out before the car was crushed completely. The car was also reportedly dragged a short distance. He stated his head was hit by glass and while the car was crushing in on top of his head. He denied losing consciousness. He reported multiple lacerations, left knee pain, back pain, groin numbness, left hand pain, neck and left shoulder pain. Since the accident, he reported experiencing headaches daily. The headaches start on the left side of the head into the neck and shoulder. The headache is most intense at 6-7/10. He also reported experiencing: blurred vision, light sensitivity, hearing loss, appetite change, trouble recalling events, being more forgetful, trouble focusing or processing information, trouble with expression or choosing words, dizziness, loss of balance, anxiety, irritability, and insomnia. <u>NP James recommended further testing for TBI. A brain MRI with diffusion tensor imaging (DTI) was ordered, he was referred to neurology pending completion of neurodiagnostic tests, and instructed to take over-the-counter (OTC) Tylenol and ibuprofen as needed for headaches, and OTC Excedrin for migraine as needed. For dizziness and giddiness, vestibular</u>

rehabilitation was recommended. For persistent imbalance, he was to follow-up with his primary care provider (PCP) for orthostatic blood pressure. For amnesia and for cognitive communication deficit, he was referred to a neuropsychologist for evaluation and treatment. For unspecified hearing loss, he was referred to ENT for evaluation and treatment. He was to see a neurologist after completion of neurodiagnostic testing in 4 weeks, and follow-up with this office within 6 weeks.

**09/05/2024 – 11/05/2024 (10 visits)**

Mr. Clark was evaluated by Dr. Kirsten Dwyer, Chiropractor, at Southern Crescent Medical Clinic for pain in the back of the head, left shoulder pain, sacrum pain, and left knee pain. Mr. Clark had been able to work and had not lost any time at work since the collision but he reported not being able to perform normal work activities at this time because of pain and weakness. Since the collision, he had had problems with seeing, eating, bathing, reading, standing, walking, climbing, carrying, lifting, driving, performing sports, exercising, loss of sexual drive, restful sleep, insomnia, loss of concentration, irritability, and change in personality. He reported difficulty going to sleep as a result of the collision. He wakes up in the middle of the night because of pain. He reported having no prior sleep problems. Dr. Dwyer noted ranges of motion (ROM) were moderately reduced with pain. Chiropractic therapy was scheduled for 3 visits per week for 3 months, followed by re-evaluation. He was instructed to avoid over exertion in the form of pushing, pulling, lifting, stooping, reaching, bending, prolonged standing, walking, and sitting. On 09/05/2024, Dr. Dwyer also noted he should be considered temporarily totally disabled for an undetermined period of time. On 09/09/2024, Dr. Jay Lewis, Chiropractor, at Southern Crescent Medical Clinic referred him for an MRI and TPIs. On 09/18/2024, it was noted he was being referred to a physical therapist (PT) for further evaluation and treatment. He participated in chiropractic therapy for 10 sessions (09/05/2024 - 11/05/2024).

**09/05/2024**

Mr. Clark was evaluated by Dr. Jennifer Xiong, Interventional Pain, at Regenerative Spine and Pain Specialists for neck, left shoulder, and low back pain. His pain was rated as 8/10. The neck pain radiated to the left shoulder and the low back pain radiated to the left lower extremity. He also admitted to numbness and tingling in the extremities, and admitted saddle anesthesia. He also complained of headache and blurry vision since the accident. He noted occasional numbness in the buttocks and groin area as well. Dr. Xiong prescribed Lidocaine patches, referred him to PT, referred him to chiropractic, and he was to follow-up after previously ordered MRIs were completed.

**09/12/2024**

Mr. Clark completed Neurodiagnostic testing consisting of videonystagmography (VNG), Balance Study, and BrainCheck interpreted by Dr. Tamara Greene, Neurologist, at Brain Injury Solutions. Summation of testing noted that studies reviewed can reflect TBI, spinal cord injury, and/or internal ear trauma. Additional evaluations, tests, and programs to be considered based upon clinical correlation could be: (1) formal neurological examination (to include full psychomotor and cerebellar testing), (2) brain imaging with posterior fossa cuts to potentially include routine head CT, brain MRI, diffusion weighted brain MRI, diffusion tensor MRI brain imaging, PET/SPECT brain imaging and extracranial/intracranial MRA, (4) spinal cord MRI and internal ear MRI, and (5) balance, vestibular, motor skill and/or cognitive rehabilitation, based upon clinical correlation.

**09/12/2024**

- Neurodiagnostic Testing, VNG (referred by NP James at Brain Injury Solutions):
    1. Abnormal or asymmetrical results were noted in the following for various categories tested:
        - Periodic saccadic intrusions into pursuits
        - Asymmetrically high peak velocities for random saccades noted
        - Left gaze-evoked nystagmus
        - Supine body left induction of nystagmus
    2. This VNG is compatible with a combination of very mild peripheral and central vestibular dysfunction.
    3. Traumatic causes for central vestibular dysfunction include brain hemorrhages, brain contusions, hypoxic brain Injury and spinal cord trauma. Traumatic causes for peripheral vestibular dysfunction include semicircular canal obstruction, vestibular nerve injury and labyrinthine injury. Clinical correlation is advised.

- Neurodiagnostic Testing, Balance Test (referred by Dr. NP James at Brain Injury Solutions):
    1. The compiled-average-percentile (CAP) for standard Postural, Proprioception, Vision and Vestibular related Balance is near 1. A high fall risk is implicated. However, gait dysfunction and truncal instability contributing to disequilibrium cannot be ruled out.
    2. Traumatic causes for proprioception, vision, standard postural and vestibular-related balance test abnormalities and increased fall risk include brain and spinal cord blunt trauma or cervical hyperflexion/hyperextension spinal cord shake injury in addition to traumatic injury to the internal ear and/or optic circuitry. Clinical correlation is advised.

- Neurodiagnostic Testing, Cognitive Studies/BrainCheck (referred by Dr. NP James at Brain Injury Solutions):
    1. Combined cognitive test results averaged with a standard score at the 28th percentile. Low or very low score range(s) was/were noted in the following neurocognitive assessment areas, which correspond to the respective areas of cerebral damage:
        - Executive function - frontal lobes
        - Immediate memory - hippocampus/limbic system
    2. Traumatic causes of BrainCheck abnormalities include direct and/or motion induced skull-brain injury with or without the induction of brain contusions, hemorrhages or hypoxic damage. Associated trauma to the optic, vestibular and auditory circuitry can also contribute to BrainCheck deficits. Clinical correlation is advised.

**09/16/2024**
- MRI, Brain (referred by NP James at Brain Injury Solutions):  Minimal periventricular white matter change, chronic in nature. Finding most likely represent chronic small vessel ischemic disease. In the proper clinical setting, prior traumatic neuronal injury without significant hemorrhagic component cannot be excluded.

- MRI, Brain DTI Quantify (referred by NP James at Brain Injury Solutions):
    1. Abnormal volumetric findings.
    2. Abnormal DTI findings. Please see comments.

**09/17/2024**
Mr. Clark presented for follow-up with NP Hartpence at Southern Crescent Medical Clinic for pain in the back of the head, left shoulder pain, and sacrum pain. Medication prescriptions were given, he was to be scheduled for therapy for 30 days and then re-evaluation, as well as TPIs.

**09/17/2024 – 04/01/2025 (35 visits)**
Mr. Clark was evaluated by Aaron Adams, PT, Physical Therapist, at ProLevel Recovery for head, neck, left shoulder, lower spine, left hip, and left leg pain. Further, numbness in the lower pelvic area and genitals, which resolved upon standing, and episodes of vertigo, lightheadedness, and dizziness. His primary concern was the lower back pain and associated sensory deficits. He reported having been advised to work on eye motion and ocular abilities to address vertigo. Skilled physical therapy (PT) was recommended. He participated in PT for 35 sessions (09/17/2024 - 04/01/2025).

**09/20/2024**

Mr. Clark presented for telemedicine follow-up with Dr. Greene at Brain Injury Solutions for review of TBI testing results. He reported headaches now occurring about 4 days a week, rated at 7-8/10 in severity. Light sensitivity and blurry vision occurred with headaches as well as separate from the headaches. He saw an eye specialist and received a new prescription for eyeglasses. Dizziness reportedly occurred with positional changes and when getting up from standing and sitting. It was noted he does dialysis 3 days a week. He reported continued trouble with memory and trouble concentrating. TBI test results completed 09/12/2024 were reviewed. Dr. Greene recommended continued OTC medication as needed for headaches, cognitive exercises, he was referred for vestibular therapy for post-traumatic neurologic symptoms, and to follow-up in 4 weeks.

**10/08/2024 – 10/10/2024 (10/08/2024 telehealth intake; 10/08/2024 and 10/10/2024 telehealth testing)**

Mr. Clark was evaluated via telehealth by Dr. Jeremy Hertza, Neuropsychologist, at Neuropsych Centers for neuropsychological evaluation. He completed a comprehensive neuropsychological battery. In summary, Dr. Hertz noted his cognitive performance reflected significant impairments in immediate and delayed memory, working memory, executive function, and word finding, which is lower than Mr. Clark's self-report of educational level and previous educational experience, and the measure of test of premorbid functioning. It was noted he had a compounding medical history, such as kidney disease and heart disease, which could have triggered cognitive decline when these conditions first occurred; regardless, they are likely contributing factors. Since the car accident, his cognitive decline had worsened primarily in the areas of memory and language production. He was noted as diagnosed with mild neurocognitive disorder, due to multiple etiologies (head injury, mood, medical history).  Given the recent car accident, it was too early to diagnose post-traumatic stress disorder (PTSD) (which should be ruled out in a future assessment) and, therefore, Mr. Clark was diagnosed with adjustment disorder, with mixed anxiety and depressed mood. Dr. Hertz recommended that he follow up with neuropsychology in 3-4 months, to be reassessed, following a period of interdisciplinary intervention. For cognition, he would benefit from neurocognitive rehabilitation to improve cognition and to aid in the development and implementation of compensatory cognitive mechanisms. For mood, he would benefit from individual psychotherapy and psychiatry to address emotional distress.

**10/22/2024**

Mr. Clark presented for telemedicine follow-up with NP James at Brain Injury Solutions for headaches. He also reported ongoing neck pain following an incident at the chiropractor. He continued to experience headaches, though they were less frequent now. He stated he had experienced syncopal episodes and orthostatic hypotension. He is a hemodialysis patient and also reported visual symptoms, including temporary loss of vision after a dialysis appointment. He stated that he had been evaluated by his eye doctor since these occurrences. He reported that the numbness in his pelvis and groin area had improved. NP James noted that, at this time, he required no further neurodiagnostic work-up. Brain MRI results were reviewed with Mr. Clark, with NP James noting chronic findings were unrelated to the collision. Discharge planning

and education were provided. He was to continue to take Tylenol as needed for intermittent and mild headaches. For syncope and collapse diagnosis, he was to follow-up with his PCP for further evaluation, and alert nephrologist of syncopal episodes to reassess fluid volume status. He was discharged from neurology.

**01/14/2025 – 02/18/2025 (6 visits)**

Mr. Clark was evaluated via telehealth by Erica O'Sullivan, SLP, Speech therapist, for cognitive linguistic treatment. Neuropsychological testing was reviewed, along with goals for cognitive rehabilitation. Speech therapy treatment was recommended to continue. He participated in cognitive linguistic treatment/speech therapy via telehealth for 6 sessions (01/14/2025 - 02/18/2025).

**02/03/2025**

Mr. Clark was evaluated via telehealth by Dr. Pavan Tummala, Neurologist, at Neuropsych Centers for Neuro Concussion Assessment. He presented with neurological symptoms of bleeding from both hands, neck, shoulder, low back, and left thigh pain. Reportedly, he had a fall (fell from examination table) at 1 of his previous provider offices and stopped going to their clinic. His sister reported events of his staring off in space. He was diagnosed with PTSD, anxiety, and moderately severe depression. Dr. Tummala referred him for ocular-motor and oculo-vestibular testing to further assess the underlying issues, psychologist to help with PTSD and depression, pain management, and neurologist to evaluate events of staring off in space and loss of consciousness. He was to return to the clinic in 4 weeks, and instructed not to drive for 6 months from the last event of loss of consciousness.

**02/12/2025 – 02/26/2025 (3 visits)**

Mr. Clark presented for a virtual psychotherapy session with Montinique McCallum, LCSW, Counselor, for PTSD, anxiety, post-concussional disorder, and major depressive disorder. LCSW McCallum noted he appeared to be experiencing distress related to physical and cognitive changes post-accident. Emotional processing revealed increased concern about changes in physical health and cognitive function. Treatment approaches were noted as behavioral, mindfulness, and cognitive behavioral therapy (CBT). He participated in tele-mental health psychotherapy for 3 sessions (02/12/2025 - 02/26/2025).

**03/26/2025**

Mr. Clark presented for follow-up and imaging review with Dr. Xiong at Regenerative Spine and Pain Specialists for neck and low back pain. He reported pain in his neck, shoulder, and thigh. However, with the initiation of PT, he noticed significant improvement in his strength and mobility. They also reported headaches and memory lapses, which he associated with a concussion that was diagnosed after the accident. Tony's relatives noted changes in his behavior and memory since the accident, describing him as a "changed person." They expressed concern about his cognitive function and memory lapses, noting that he often forgets appointments and conversations. He had been working with a cognitive therapist and a counselor after evaluation by a TBI specialist to address these issues. His end-stage kidney function limited his use of

anti-inflammatory medications, so he was advised to use Tylenol instead of Aleve or Motrin. Overall he expressed notable improvement in his overall pain symptoms with ongoing PT. Dr. Xiong noted no recommendations of interventions at this time as Mr. Clark preferred to avoid interventions and injections. He was prescribed Tizanidine 4mg taken 3 times daily as needed, to continue lidocaine patches as needed, and to follow-up as needed.

**05/06/2025**

Mr. Clark was evaluated by Nicholas Caputo, PA-C, Orthopedic Surgery, at Georgia Spine and Orthopaedics for a second opinion on neck, low back, and left hip, and thigh pain as well as headaches. It was noted he had completed approximately 30 sessions of chiropractic therapy with good relief of pain. He had attempted to manage his pain with OTC medication, home exercises, and rest. He reported the pain was not tolerable, so he was seeking out further evaluation. He reported the headaches were frontal and all over the head, and occurred several times a month, rated at 6-7/10 in intensity. There was a "brain fog," difficulty concentrating, and short term memory loss. The headaches were aggravated by bright lights. He also described having blurred vision, and there was a silhouette in his vision with dark spots in his eye, difficulty balancing, and he mentioned a couple of syncopal episodes. His neck pain was reported as located diffusely throughout the neck, rated at 6-7/10 in intensity. He also described having numbness and tingling to the left finger tips, and paresthesia to upper extremities. The low back pain was located diffusely throughout the low back, rated as constant 6-7/10 in intensity, and there was numbness and tingling to the left lateral thigh to the knee. The left thigh pain was located at the lateral aspect of the thigh and described as having numbness, achy and sharp and rated at 5/10 in intensity. He stated the pain interfered with activities of daily living (ADLs), and disrupted sleep. It was noted that Mr. Clark is disabled. X-rays of the cervical spine and lumbar spine were obtained. Cervical spine X-rays showed a normal impression and lumbar spine noted abnormal, with loss of lordosis. PA Caputo started him on Zylotrol 4% topical patch daily. MRIs of the cervical spine, lumbar spine, and left hip were ordered. He was referred to PT for cervical spine and lumbar spine and left hip. He was referred to an orthopedic specialist for the left hip, and referred to a neurologist for post-traumatic headaches with post-concussive syndrome. He was to follow-up in 1 month for MRI review.

**05/13/2025 – 07/09/2025 (8 visits)**

Mr. Clark was evaluated by Glendora Hurst, PT, Physical Therapist, at Fyzical Therapy and Balance Center for neck, left hip, and low back pain. Per Mr. Clark's sister, he had a history of memory loss following the MVA. His primary concern was his neck and lower back and across the top of his shoulders. He reported this was his 2nd round of PT. He also complained of bilateral blurry vision which he was following up with an optometrist and ophthalmologist, and he complained of headaches "all over his head," with worsening vision and heaviness in his eyes. Skilled PT was recommended. On 07/09/2025, he was discharged with minimal pain and slight to infrequent headaches. He was independent with home exercise program (HEP) and pain management strategies. He participated in PT for 8 sessions (05/13/2025 - 07/09/2025).

**05/20/2025**

Mr. Clark was evaluated by Douglas Hernandez, PA, Neurology, at Neuro Spine for headaches. He reported head trauma during the accident. He stated the headaches originate in the holocranial region, having headaches 4-6 days out of the week. The headaches were rated at 4/10 and last for hours. He denied any history of headaches in the past. He reported currently undergoing PT, and conservative measures included OTC medications which had provided moderate symptom relief. He also had concerns for blurry vision, ear ringing, light sensitivity, dizziness, memory impairment and poor concentration. PA Hernandez noted the neurological exam was unremarkable. Cognitive testing was recommended and completed today. <u>He was referred for a brain MRI without contrast, VNG for further workup of the vestibular system, and oxygen therapy for continued headaches. PA Hernandez also recommended cognitive therapy, occipital nerve block to be done at his next visit, sphenopalatine ganglion block at his next visit, and continued treatment with chiropractic. He was prescribed Amitriptyline, and OTC recommendations included: magnesium oxide 400 mg-500 mg nightly, Excedrin Migraine as needed for headaches, and melatonin 5 mg nightly as needed for insomnia (increased to 10mg after 3 days if no relief). He was to follow-up in 2-3 weeks.</u>

**06/05/2025**

- MRI, Left Hip (referred by PA Caputo at Georgia Spine and Orthopaedics):
    1. There is a diminutive appearance of the superolateral left labrum with multifocal fraying of the anterior-superior left labrum. These findings are concerning for the sequela of prior labral tear. See figure 1, Coronal series 401, image #15.
    2. There is less than 50% thinning of the bilateral femoroacetabular articular cartilage.
    3. Given Mr. Clark's indication of pain following trauma, the above findings are consistent with findings related to/acutely aggravated by his trauma, and clinical correlation with the treating physicians including symptomology following injury is recommended. This diagnostic opinion should be used to inform the course and scope of treatment as clinically appropriate in accordance with the findings above.

- MRI, Cervical Spine (referred by PA Caputo at Georgia Spine and Orthopaedics):
    1. At C2-3, there is a central disc herniation superimposed on a disc bulge, the combination of which measures 2.5mm. The ventral thecal sac is indented and the posterior longitudinal ligament is elevated. There are anterior and there are posterior osteophytes; however, the disc material extends posterior to the posterior osteophytes. There is a zone of hyperintensity within the disc consistent with an annular fissure. There is mild spinal stenosis to 1.0cm. There is mild spinal cord deformity. There is 1mm of grade 1 retrolisthesis of C2 on C3.
    2. At C3-4, there is a central disc herniation superimposed on a disc bulge, the combination of which measures 2mm. The ventral thecal sac is indented and the posterior longitudinal ligament is elevated. There are anterior and there are posterior osteophytes; however, the

disc material extends posterior to the posterior osteophytes. There is a zone of hyperintensity within the disc consistent with an annular fissure. There is mild spinal stenosis to 1.0cm. There is mild spinal cord deformity. There is 1mm of grade 1 retrolisthesis of C3 on C4. See Figure 1 Sagittal T2 image # 8 shows disc herniation.

3. At C4-5, there is a central disc herniation superimposed on a disc bulge, the combination of which measures 1mm. The ventral thecal sac is indented and the posterior longitudinal ligament is elevated. This is only seen on axial images.

4. At C6-7, there is a disc bulge measuring 1.5mm indenting the ventral thecal sac and elevating the posterior longitudinal ligament. There are anterior and there are posterior osteophytes; however, the disc material extends posterior to the posterior osteophytes. There is mild spinal stenosis to 1.0cm.

5. At C7-T1, there is a central disc herniation superimposed on a disc bulge, the combination of which measures 1.5mm. The ventral thecal sac is indented and the posterior longitudinal ligament is elevated. There are anterior and there are posterior osteophytes; however, the disc material extends posterior to the posterior osteophytes. There is a zone of hyperintensity within the disc consistent with an annular fissure. There is mild left neural foraminal narrowing.

**06/05/2025**

- MRI, Lumbar Spine (referred by PA Caputo at Georgia Spine and Orthopaedics):

    1. At L2-3, there is a disc bulge measuring 2mm indenting the ventral thecal sac and elevating the posterior longitudinal ligament. There are anterior and there are posterior osteophytes; however, the disc material extends posterior to the posterior osteophytes.

    2. At L3-4, there are bi-foraminal disc herniations superimposed on a disc bulge, the combination of which measures 3mm. The ventral thecal sac is indented, and the posterior longitudinal ligament is elevated. There are anterior and there are posterior osteophytes; however, the disc material extends posterior to the posterior osteophytes. There is a zone of hyperintensity within the disc consistent with an annular fissure. The lateral recesses narrow bilaterally with contact of the right transiting L4 nerve root. There is moderate bilateral neural foraminal narrowing.

    3. At L4-5, there is a left neural foraminal disc herniation superimposed on a disc bulge, the combination of which measures 3.5mm. The ventral thecal sac is indented, and the posterior longitudinal ligament is elevated. There are anterior and there are posterior osteophytes; however, the disc material extends posterior to the posterior osteophytes. There is a zone of hyperintensity within the disc consistent with an annular fissure. The lateral recesses narrow bilaterally with contact of the left transiting L5 nerve root. There is severe left and mild right neural foraminal narrowing. See Figure 1 Sagittal T2 image 4 shows disc herniation.

4.  There is an acute appearing intravertebral disc herniation/Schmorl's node at the superior and inferior endplates of L3 with adjacent bone marrow edema.

**06/10/2025**

Mr. Clark presented for follow-up and MRI review with PA Caputo at Georgia Spine and Orthopaedics for neck, low back, and left hip pain. He had completed 2-3 sessions of PT with good but temporary relief of pain. MRIs were reviewed. PA Caputo recommended continued therapy, and observation of the endplate fracture. PA Caputo recommended bilateral cervical medial branch block (MBB) injections at C5-6, C6-7, and if no relief then C7-T1 cervical epidural steroid injection (ESI). Additionally, bilateral lumbar facet injections at L4-5, L5-S1 x 1 and if no relief, then bilateral L3 versus L4 transforaminal ESI x 1. Mr. Clark opted to defer injections at this time. PA Caputo noted if he continued to opt to defer injections, they would consider chronic pain management referral to Dr. Figa.

**06/10/2025**

Mr. Clark presented for evaluation with Dr. Vinson Smith, Orthopedic Surgeon, at Georgia Spine and Orthopaedics for left hip and thigh pain. His pain was rated at 4-8/10 in intensity, and located on the lateral aspect of the thigh. He also reported numbness on the lateral aspect of the thigh. The pain was worse when he laid in certain positions, as well as sitting for long periods of time. He stated his left lower extremity felt "weak" and his balance was "off." He was currently not working. On physical exam, Dr. Smith noted there was muscle atrophy of the quadriceps muscles, and decreased sensation to light touch on the anterior and lateral aspect of the thigh. However, loss of sensation was worse on the lateral aspect of the thigh. X-rays of the left femur were obtained, showing no acute fracture or dislocation. Dr. Smith started him on gabapentin 300 mg capsule 3 times a day, he was referred for EMG/NCV testing of bilateral lower extremities to be followed up on with the spine team, and he was to follow-up as needed.

**06/12/2025**

- VNG (referred by PA Hernandez at Neuro Spine):
  1.  Interpretation - This VNG test is abnormal.
  2.  Recommendations - Balance rehabilitation is indicated. MRI of the brain with and without contrast may be indicated to further assess the central nervous system based on abnormalities seen during the study. Correlation is recommended.

**06/12/2025 – 08/26/2025 (8 visits)**

Mr. Clark presented for exercise with oxygen therapy (EWOT) with Edyta Chmiel, NP, Neurology, at Neuro Spine for post-traumatic headaches and cognitive changes. He participated in EWOT for 8 sessions (06/12/2025 - 08/26/2025).

**06/24/2025**

Mr. Clark presented for follow-up with Dr. Roland Hamilton, Neurologist, at Neuro Spine for headaches. He reported the headaches occurring in the morning upon waking, and was experiencing them 4-5 days per week, having 1-2 episodes of headaches per day with each episode lasting 1-2 hours. MRI of his brain was reviewed, with DTI being abnormal. VNG testing was reviewed, which revealed peripheral and central dysfunction. Dr. Hamilton prescribed a trial of amitriptyline 10 mg nightly. Dr. Hamilton recommended potential epidural injections for cervicogenic headaches, to which Mr. Clark had reservations. He was to follow-up in 4 weeks.

**07/15/2025**

Mr. Clark presented for follow-up with PA Caputo at Georgia Spine and Orthopaedics for neck, low back, and left hip pain. His neck pain and low back pain was rated at 5-6/10. He reported having completed 8 sessions of PT with good but temporary relief of pain, and had been released from therapy. It was noted he was opting for a more conservative course of treatment. He was also treating with Dr. Smith at Georgia Spine and Orthopaedics for the ongoing extremity related pathology, treating with NeuroSpine for ongoing headaches, pending evaluation with a cardiologist for syncopal episodes, and pending evaluation with an ophthalmologist for the blind spots that occurred in the eye to rule out possible retinal detachment. PA Caputo recommended home exercises, observation of the endplate fracture, and observation of the cervical and lumbar spine as the pain was tolerable. PA Caputo noted that, although Mr. Clark had improved with treatment, the underlying spinal damage stemming from the collision is permanent and will likely result in periodic flare-ups that would benefit from an occasional short course of therapy and/or epidural injections. He was to return to the office as needed.

**07/15/2025**

Mr. Clark presented for telemedicine follow-up with PA Hernandez at Neuro Spine for headaches. He reported no changes. His last headache was the day prior, rated at 6/10, originating in the occipital region, which lasted for 45 minutes. Cervical and lumbar MRIs were reviewed, and PA Hernandez discussed that he was experiencing cervicogenic headaches. For cervical and lumbar, possible treatment plans were discussed including non-operative modalities versus injections versus surgical intervention. PA Hernandez again recommended cervical ESI, lumbar ESI, he was to continue EWOT, and follow-up in 3 weeks for re-evaluation via telemedicine to assess if further procedures would be warranted. He was to reach out to talk with his orthopedics to discuss if injection was the appropriate next course of care for him.

# CURRENT PROVIDERS & CARE

**Georgia Spine and Orthopaedics**
**Erik Bendiks, MD or Nicholas Caputo, PA-C / Orthopedic Surgery**
**Phone: 404-596-5670**
- Last Appointment: Mid-September 2025
- Next Appointment: To be determined
- Plan: S/p multiple cervical and lumbar spine injection recommendations. He says he has been doing good with PT at this time.

**Georgia Spine and Orthopaedics**
**Vinson Smith, MD / Orthopedic Surgery**
**Phone: 404-596-5670**
- Last Appointment: 06/10/2025
- Next Appointment: To be determined
- Plan: Return as needed

**Neuro Spine**
**Roland Hamilton, MD and Douglas Hernandez, PA / Neurology**
**Phone: 770-800-4357**
**Fax: 470-709-5810**
- Last Appointment: 07/15/2025
- Next Appointment: To be determined
- Plan: Return as needed

# MEDICATIONS

| Medication (*Generic) | Dose & Frequency | Prescribing MD | Reason for Taking |
|---|---|---|---|
| Amitriptyline* | 25 mg, nightly | PA Hernandez | Headaches |
| Ibuprofen* | 200 mg, as needed (taken approximately 3-4 times per week) | OTC | Pain |

# SYMPTOMS / LIMITATIONS / ACTIVITIES OF DAILY LIVING

On 09/30/2025, this Life Care Planner met with Mr. Clark via Google Meet. Mr. Clark shared the following ongoing symptoms, limitations, and ADLs since the accident:

- Present during LCP assessment: - Dr. Afshari and Mr. Clark and Ms. JoAnn Barnes (his sister)
- Have you received any physical therapy? - Yes
  - If yes, with whom & how long ago? - Physical Therapist at ProLevel Recovery, Physical Therapist at Fyzical Therapy and Balance Center
  - If yes, was it helpful? - Yes
  - Are you currently attending PT? - No
- Have you received any chiropractic care? - Yes
  - If yes, with whom & how long ago? - Chiropractor at Southern Crescent Medical Clinic
  - If yes, was it helpful? - Yes
  - Are you currently receiving chiropractic care? - No
- Have injections been received or recommended? - YES
  - What kind of injections (date / type / body part)?
    - Multiple injection recommendations at cervical and lumbar spine, as well as injections to help with headaches.
  - When was your last injection? - Has not gotten them yet
  - If the pain returns, would you be open to injections in the future? - Yes
- Have you had surgery? - No
  - Has there been discussion of surgery in the future? – Not to his knowledge
- What are your current symptoms/limitations?
  - Neck - Achy and sharp; constant
  - Back - Achy and sharp; constant
  - Left hip - Achy and sharp; constant
  - Head - Headaches, fogginess, memory issues/loss, irritability, balance issues
  - Psychological - Anxiety, PTSD
- What makes symptoms worse?
  - Certain movements, bending over, twisting torso, repetitive movements, turning neck from side to side, up and down
  - Ambulating at times
  - Standing for longer periods of time
  - Sitting for longer periods of time

- What makes symptoms better?
  - PT
  - Chiropractic
  - Heating pads and ice packs
  - Rest
- Any trouble sleeping? - Yes, trouble sleeping and getting in a comfortable position.
- Any difficulty with mobility? - Yes, he often feels stiff in the morning when waking up.
- Any difficulty with driving? - Yes, it is painful to turn his head/neck from side-to-side to look back out of the car window and observe surroundings. Limited range of motion (ROM) at his neck. It hurts to sit for a prolonged period of time.
- How has your general health changed since the accident (weight gain/weight loss, not as active, feel sad/hopeless/worthless)? - Feels emotions of sadness and frustration due to the injuries and pain. Worsening anxiety when driving.
- Current height: - 6 foot 4 inches
- Current weight: - 80 kg (176 pounds)
- Do you smoke? - No
- Do you live in an apartment or home? - Sister's home
  - What is the square footage of your apartment/home? - Approx 2,300 square feet
- Who lives in the house with you? - Sister
- Family dynamics (has this changed since accident) - His sister has to help now with washing his clothing and with cooking.
- Are you using anything at home or work to help with your symptoms (TENS unit, H-wave unit, heating pad, ice pack, brace, etc.)? - Heating pads, ice packs
  - If yes, were you using these items before the accident? - No
- Are you using any durable medical equipment (cane, crutches, walker, wheelchair, reacher/grabber, shower chair, grab bars in bathroom, etc.)? - No
- Self ADLs (dressing, grooming, bathing/showering, toileting, hygiene, taking medications, etc.)
  - Were you independent with your self ADLs before the accident? - Yes
  - Do you currently have pain (or increased pain) with your self ADLs? - Yes, pain with multiple self ADL's. He expressed pain with activities like bending over to put shoes and socks on. He has increased pain when trying to put pants on. He will experience pain when reaching above head to do anything involving head (i.e. washing hair). He did not have any pain or difficulty with the above ADL's prior to this accident.
- Home ADLs (cleaning, cooking, laundry, transportation, etc.)
  - Were you independent with your home ADLs before the accident? - Yes
  - Do you currently have pain (or increased pain) with the home ADLs? - Yes, pain with multiple home ADL's. He experiences pain with tasks like sweeping/vacuuming/scrubbing/taking trash out/carrying trash bags, He has to take frequent breaks now. Standing for longer periods of time

causes noticeable worsening of pain. Carrying laundry, and putting things into and out of the laundry machine is now painful. Carrying groceries, and putting objects away that require bending over now cause worse pain. He did not have any pain or difficulty with the above ADL's prior to this accident. He requires help from his sister who has to primarily do this for him now.

- How has life changed since the accident - He has some physical limitations that did not exist prior to this accident. He is having trouble adapting to some new lifestyle modifications due to the pain after this accident. He can no longer enjoy multiple activities they once could, and says he can no longer go out and enjoy outings with his family, and says this has taken a big toll on him and his family. He says he can no longer go on walks like he used to given his pain and limitations. The above makes him very sad.

- Questions/concerns about future - Significant worries about not being able to be pain free or have the quality of life that existed prior to this accident.

- Has your work changed since the accident? - He has been disabled even before the accident, he is a dialysis patient.

# PROVIDER RECOMMENDATIONS / PEER-TO-PEER

- On 09/05/2024, NP James recommended vestibular rehabilitation.
- On 09/05/2024, NP Hartpence recommended chiropractic therapy.
- On 09/17/2024, NP Hartpence recommended therapy for pain in the back of the head, left shoulder pain, and sacrum pain.
- On 02/03/2025, Dr. Tummala recommended a psychologist to help with PTSD and depression.
- On 05/06/2025, PA Caputo recommended a cervical spine MRI.
- On 05/06/2025, PA Caputo recommended a lumbar spine MRI.
- On 05/20/2025, PA Hernandez recommended/prescribed Amitriptyline.
- On 05/20/2025, PA Hernandez recommended an occipital nerve block.
- On 05/20/2025, PA Hernandez recommended oxygen therapy.
- On 06/10/2025, PA Caputo recommended bilateral cervical MBB injections at C5-6, C6-7.
- On 06/10/2025, PA Caputo recommended bilateral lumbar facet injections at L4-5, L5-S1.
- On 09/24/2025, a letter was forwarded to PA Hernandez at Neuro Spine in effort to have a peer-to-peer discussion regarding Mr. Clark's future care.
  - Please specify which body parts you are actively treating? - Head/brain
  - Given your patient has continued symptoms and limitations documented in the records or noted during the Life Care Plan assessment, do you anticipate continued care (appointments, diagnostics, lab work, therapies, medications, etc.) on an ongoing, long-term basis for your patient's diagnosis related to the incident dated above? - No
  - Given your patient has continued symptoms/limitations documented in the records or noted during the Life Care Plan assessment, do you recommend injection therapy for your patient? - Yes
    - Please note specific body part for injection therapy? - Cervical TPIs versus occipital nerve block (ONB)
    - Specifics/type of injection therapy? - TPI, MBB, ONB
    - Frequency of injection therapy? - As needed
  - If injections were beneficial, do you anticipate your patient will continue with injection therapy on an ongoing, long-term basis? - No
  - Do you recommend therapy for your patient? - Yes
    - If yes, please list specific therapy, frequency, and duration? - Mr. Clark has completed exercise with oxygen therapy, which he states > 70% improvement.
  - Do you recommend medication for your patient? - Yes
    - If yes, please list medication, dose, frequency, and duration? - Amitriptyline 25 mg, 1 tablet an hour before bedtime

- On 10/08/2025, this Life Care Planner spoke to Dr. Bendiks at Georgia Spine and Orthopaedics via telephone for a peer-to-peer discussion regarding Mr. Clark's future care. Dr. Bendiks indicated the current and future treatment plan includes:
  - Please specify which body parts you are actively treating? - Cervical and lumbar spine
  - Given your patient has continued symptoms and limitations documented in the records or noted during the Life Care Plan assessment, do you anticipate continued care (appointments, diagnostics, lab work, therapies, medications, etc.) on an ongoing, long-term basis for your patient's diagnosis related to the incident dated above? - Yes
  - Given your patient has continued symptoms/limitations documented in the records or noted during the Life Care Plan assessment, do you recommend injection therapy for your patient? - Yes
    - Please note specific body part(s) for injection therapy, specifics/type of injection therapy, and frequency of injection therapy?
      - Cervical MBBs, bilateral C5-6, C6-7 - Allow 1
      - Cervical ESI, C7-T1 - Allow 1
      - Lumbar facet injections, bilateral L4-5, L5-S1 - Allow 1
      - Lumbar transforaminal ESI, bilateral L3 - Allow 1
  - If injections were beneficial, do you anticipate your patient will continue with injection therapy on an ongoing, long-term basis? - Yes
    - If yes, are there any changes to the above type of injections and frequency? - No changes.
  - If your patient has continued or worsening symptoms/limitations, do you anticipate your patient will undergo surgery in the future? - No
  - Additional comments regarding your patient's future care: - Recommends PT

# RESEARCH / LIBRARY

**CHRONIC PAIN**
- Assessment and Management of Chronic Pain. Institute for Clinical Systems Improvement, Fourth Edition, November 2009.
- Angeli, N. and Haley, J. (2013). Chronic Pain Syndrome and Evidence-Based Treatment.
- Duhigg, D. (2015). Depression & Chronic Pain. 23rd Annual Health Provider Retreat.
- Edwards, R., Dworkin, R., Sullivan, M., et al. The Role of Psychosocial Processes in the Development and Maintenance of Chronic Pain Disorders. Journal of Pain, September 2016, 17: 70-92.
- Han, C. and Pae, C. Pain and Depression: A Neurobiological Perspective of Their Relationship. Psychiatry Investigation, 2015: 12(1):1-8.
- Jamie, J., Kim, J., Jeong, H., Kyoung, J., et al. Prefrontal White Matter Abnormalities Associated with Pain Catastrophizing in Patients with Complex Regional Pain Syndrome. Archives of Physical Medicine and Rehabilitation, 2021; 102:216-24.
- Pain Management and Pain Rehabilitation Coverage Summary (2021). United Healthcare.
- Reid, M., Eccleston, C., and Pillemer, K. Management of Chronic Pain in Older Adults. British Medical Journal, 2015; 350:h532.
- Rekatsina, M., Paladini, A., Piroli., A, et al. Pathophysiologic Approach to Pain Therapy for Complex Pain Entities: A Narrative Review. Pain Therapy (2020) 9:7-21.

**SPINE**
- Ghiselli, G., Wang, J., Bhatia, N., Hsu, W., Dawson, E. Adjacent Segment Degeneration in the Lumbar Spine. Journal of Bone and Joint Surgery, 2004, 86(7): 1497-1503.
- Hilibrand, A., Carlson, G., Palumbo, M., et al. Radiculopathy and Myelopathy at Segments Adjacent to the Site of Previous Anterior Cervical Arthrodesis. Journal of Bone and Joint Surgery, 1999, 81: 519-528.
- Suri, P., Saunders, K., and Von Korff, M. Prevalence and Characteristics of Flare-ups of Chronic Non-specific Back Pain in Primary Care: A Telephone Survey. Clinical Journal of Pain, September 2021; 28(7): 573-580.

**INJECTIONS**
- Ablative Treatment for Spinal Pain. United Healthcare (2021).
- Bicket, M., Gupta., A, Brown, C., et al. Epidural Injections for Spinal Pain. Anesthesiology 2013; 119:907-31.
- Clinical Appropriateness Guidelines: Musculoskeletal Program. AIM Specialty Health (2021).
- Clinical Appropriateness Guidelines: Musculoskeletal Program / Interventional Pain Management. AIM Specialty Health (2018).

- Conger, A., Burnham, T., Clark, T., et al. The Effectiveness of Intraosseous Basivertebral Nerve Radiofrequency Ablation for the Treatment of Vertebrogenic Low Back Pain: An Updated Systematic Review with Single-Arm Meta-analysis. Pain Medicine, 2022; 23(S2), S50-S62.
- Conger, A., Smuck, M., Truumees, E., et al. Vertebrogenic Pain: A Paradigm Shift in Diagnosis and Treatment of Axial Low Back Pain. Pain Medicine (2022) 23 (S2), S63-S71.
- Epidural Steroid and Facet Injections for Spinal Pain. United Healthcare (2021).
- Epidural Steroid Injections for Chronic Back Pain. Molina Healthcare (2014).
- Interventional Pain Management Services: Clinical Guidelines. EviCore Healthcare (2018).
- Local Coverage Determination: Lumbar Epidural Injections. Centers for Medicare & Medicaid Services (2015).
- Local Coverage Determination: Trigger Point Injections. Centers for Medicare & Medicaid Services (2017).
- Local Coverage Determination: Pain Management. Centers for Medicare & Medicaid Services (2012).
- Local Coverage Determination: Facet Joint Injections, Medial Branch Blocks, and Facet Joint Radiofrequency Neurotomy. Centers for Medicare & Medicaid Services (2021).
- Mattie, R., Schneider, B., Smith, C., et al. Frequency of Epidural Steroid Injections. Spine Intervention Society (2020).
- McCormick, Z., Marshall, B., Walker, J., et al. Long-Term Function, Pain and Medication Use Outcomes of Radiofrequency Ablation for Lumbar Facet Syndrome. International Journal of Anesthesia, 2015: 2(2).
- Pain Management Injection Therapies for Low Back Pain. Pacific Northwest Evidence-Based Practice Center (2015).
- Pain Management Injection Therapies for Low Back Pain. Department of Health & Human Services (2015).

**TBI/POST-CONCUSSION**

- Ahmed, S. Traumatic Brain Injury and Neuropsychiatric Complications. Indian Journal of Psychological Medicine (2017).
- Clinical Practice Guidelines for the Management of Concussion-Mild Traumatic Brain Injury. Veterans Administration/Department of Defense (2016).
- Dean, P, and Sterr, A., Long-Term Effects of Mild Traumatic Brain Injury on Cognitive Performance. Frontiers in Human Neuroscience (February 2013), Vol 7, Article 30.
- Guideline for Concussion/Mild Traumatic Brain Injury and Prolonged Symptoms. Ontario Neurotraumatic Foundation (2018).
- Marshall, S., Bayley, M., McCullagh, S., et al. Clinical Practice Guidelines for Mild Traumatic Brain Injury and Persistent Symptoms. Canadian Family Physician (March 2012), 58: 257-267.
- Mild Traumatic Brain Injury Clinical Practice Guideline. Maine Medical Center Trauma Clinical Practice Guideline (2019).
- Moderate to Severe Traumatic Brain Injury is a Lifelong Condition. National Institute on Disability,

Independent Living, and Rehabilitation Research (2022).

- Silverburg, N., Iaccarino, M., Panenka, W., et al. Management of Concussion and Mild Traumatic Brain Injury: A Synthesis of Practice Guidelines. Archives of Physical Medicine and Rehabilitation, 2020; 1010:382-93.
- Yasgur, B., Mild TBI Doubles Dementia Risk, Even Without LOC. JAMA Neurology (September 2018) 75:1043-1044.

## CONCLUSION

Recommendations of future care and costs are shared in the Life Care Plan grids below. It is anticipated Mr. Clark will have ongoing symptoms and residual disabilities necessitating care throughout his life. The recommendations in the Life Care Plan tables are to manage Mr. Clark's symptoms, reduce complications, promote functioning, and maximize the quality of life.

Per the National Vital Statistics Report (Vol. 74, No. 6, July 15, 2025, Table 1-Total Population), the average life expectancy of a 59-year-old is 24.2 (rounded to 24) additional years. A life expectancy of 24 additional years was used in determining the frequency and cost of Mr. Clark's needs.

It was a pleasure to assist with Mr. Clark's case.

10/28/25

Aarian Prinston Afshari, M.D., FACEP, FIG LCP-C
Physician Certified Life Care Planner

# LIFE CARE PLAN GRIDS

| FUTURE CARE NEEDS | DURATION (BEGIN / END) | FREQUENCY / REPLACEMENT | COST | FREQ | TOTAL | COST RESOURCE |
|---|---|---|---|---|---|---|
| **VISITS / CONSULTS** | | | | | | |
| Visits, Pain Management / Orthopedist | 24 years | Yearly | $863.36 | 24 | $20,720.64 | Georgia Spine and Orthopaedics 07/15/2025 |
| Visits, Neurologist | 24 years | Yearly | $1,350.00 | 24 | $32,400.00 | Neuro Spine 06/24/2025 |
| **PROCEDURES / SURGERY** | | | | | | |
| Cervical Injections (MBB) (2 levels bilateral - C5-6, C6-7) *(Includes physician, anesthesia/medication, and facility charges)* | 24 years | Allow 1 | $18,446.80 | 1 | $18,446.80 | Median Cost Research |
| Cervical Injections (ESI) (1 level - C7-T1) *(Includes physician, anesthesia/medication, and facility charges)* | 24 years | Allow 1 | $10,950.40 | 1 | $10,950.40 | Median Cost Research |

Tony Clark - Life Care Plan
© 2025, LCPpro®, LLC

| FUTURE CARE NEEDS | DURATION (BEGIN / END) | FREQUENCY / REPLACEMENT | COST | FREQ | TOTAL | COST RESOURCE |
|---|---|---|---|---|---|---|
| Lumbar Injections (Facet) (2 levels bilateral - L4-5, L5-S1) *(Includes physician, anesthesia/medication, and facility charges)* | 24 years | Allow 1 | $18,446.80 | 1 | $18,446.80 | Median Cost Research |
| Lumbar Injections (Transforaminal ESI) (1 level bilateral - L3) *(Includes physician, anesthesia/medication, and facility charges)* | 24 years | Allow 1 | $10,950.40 | 1 | $10,950.40 | Median Cost Research |
| Occipital Nerve Block Injection *(Includes physician, anesthesia/medication, and facility charges)* | 24 years | Allow 1 | $5,980.00 | 1 | $5,980.00 | Median Cost Research |
| **THERAPIES** | | | | | | |
| Physical Therapy Evaluation | 24 years | Every 3-7 years (Allow 4) | $225.00 | 4 | $900.00 | Fyzical Therapy and Balance Centers 05/13/2025 |
| Physical Therapy Sessions | 24 years | 12 sessions per evaluation (48 total) | $306.00 | 48 | $14,688.00 | Fyzical Therapy and Balance Centers 05/13/2025 |
| Vestibular Therapy Evaluation (Cervical & Ocular) | 24 years | Allow 1 | $993.17 | 1 | $993.17 | Physicians' Fee Reference (PFR) 2025 |
| Vestibular Therapy Sessions (Cervical & Ocular) | 24 years | 12 sessions per evaluation (12 total) | $405.27 | 12 | $4,863.24 | PFR 2025 |
| Psychotherapy | 24 years | 10-20 over LE (Allow 15) | $1,035.00 | 15 | $15,525.00 | Psych Centers of Georgia 02/19/2025 |
| Chiropractic Therapy | 24 years | 15-35 over LE (Allow 25) | $310.00 | 25 | $7,750.00 | Southern Crescent Medical Clinic 09/11/2024 |

Tony Clark - Life Care Plan
© 2025, LCPpro®, LLC

| FUTURE CARE NEEDS | DURATION (BEGIN / END) | FREQUENCY / REPLACEMENT | COST | FREQ | TOTAL | COST RESOURCE |
|---|---|---|---|---|---|---|
| Oxygen Therapy (EWOT) | 24 years | 10-30 over LE (Allow 20) | $275.00 | 20 | $5,500.00 | Neuro Spine 07/10/2025 |
| **DIAGNOSTIC STUDIES / LAB WORK** | | | | | | |
| MRI, Cervical Spine (without contrast) | 24 years | Every 5-15 years (Allow 2) | $2,400.00 | 2 | $4,800.00 | Advanced Imaging Centers 06/05/2025 |
| MRI, Lumbar spine (without contrast) | 24 years | Every 5-15 years (Allow 2) | $2,400.00 | 2 | $4,800.00 | Advanced Imaging Centers 06/05/2025 |
| General Health Panel (Includes CMP & CBC) | 24 years | Yearly (excludes routine health maintenance) | $119.02 | 24 | $2,856.48 | PFR 2025 |
| Specimen Handling Fee | 24 years | Yearly (excludes routine health maintenance) | $43.00 | 24 | $1,032.00 | Grady Health System 12/05/2024 |
| **MEDICATIONS (*Generic)** | | | | | | |
| Amitriptyline* 25mg, 1 tablet nightly | 24 years | Quarterly (#90) | $39.80 | 96 | $3,820.80 | Publix |
| OTC Ibuprofen* 200mg, 3-4 times per week | 24 years | Yearly (#500 bottle) | $9.50 | 24 | $228.00 | Amazon |
| **DURABLE MEDICAL EQUIPMENT** | | | | | | |
| Heating packs / ice packs | 24 years | Every 3-7 years (Allow 4) | $16.75 | 4 | $67.00 | Walmart |
| | | | **TOTAL** | | **$185,718.73** | |

Tony Clark - Life Care Plan
© 2025, LCPpro®, LLC

Given the positive diagnostic studies and/or ongoing symptoms and limitations, consideration has been given for conservative treatment throughout the client's life expectancy in the above tables. Should conservative treatment no longer be beneficial over the client's lifespan, the next step is a more invasive approach such as injection therapy. The average cost range of injection therapy is $5,000 - $25,000 per injection. Injections can be repeated on an ongoing basis and more frequently than quoted in the above tables throughout the client's life expectancy. Should injection therapy no longer be beneficial over the client's lifespan, the next step would be surgical intervention. The average cost range of surgery is $150,000 - $300,000, depending on the complexity and recovery. There is a possibility of an adjacent level collapse or revision of the spine surgery over the client's lifespan at the same cost range of $150,000 - $300,000, depending on the complexity and recovery.

Mr. Clark currently lives with his sister who is doing the house cleaning. Should his living arrangements change, and he becomes responsible for his own home/residence, consideration should be given toward house cleaning service at a quarterly allowance of $100-$300.