# Aarian Prinston Afshari, M.D., FACEP, FIG LCP-C

3101 Cobb Pkwy SE Suite 124
Atlanta, GA 30339

## CREDENTIALS

### MEDICAL AND PROFESSIONAL CERTIFICATIONS

Advanced Cardiac Life Support
Pediatric Advanced Life Support
Basic Life Support
Life Care Planner- Certified (FIG LCP-C, FIG Education)

### BOARD CERTIFICATION AND MEDICAL LICENSURE

National Board of Medical Examiners – USMLE STEP 1—Pass
National Board of Medical Examiners – USMLE STEP 2CK—Pass
National Board of Medical Examiners – USMLE STEP 2CS—Pass
National Board of Medical Examiners – USMLE STEP 3—Pass
American Board of Emergency Medicine – Written Boards—Pass
American Board of Emergency Medicine – Oral Boards—Pass
State of Florida, Medical License: ME 140620, Clear
DEA License #: FA8322632

## EDUCATION

**Emory University School of Medicine, Department of Emergency Medicine**  Atlanta, GA
*Emergency Medicine Residency*  *Class of 2019*
*Training sites: Grady Memorial Hospital (Level 1 Trauma Center), Emory University Hospital, Emory Midtown Hospital, Egleston Children's Hospital, Hughes-Spalding Children's Hospital*

**Yale University School of Medicine, Department of Emergency Medicine**  New Haven, CT
*Externship in Emergency Medicine*  *Fall 2015*
*Yale New Haven Hospital- Level 1 Trauma Center*

**Florida State University College of Medicine**  Tallahassee, FL
*Doctor of Medicine (M.D.)*  *Class of 2016*

**University of Georgia**  Athens, GA
*Bachelor of Science (B.S.) Major - Biology, Minor - Spanish*  *Class of 2011*
*Honors: Magna Cum Laude & Phi Beta Kappa*

**The Bolles School**     **Jacksonville, Florida**
*Class of 2007*

## EXPERIENCE

**Ascension St. Vincent's Hospital Jacksonville**     **Jacksonville, FL**
*Assistant Medical Director FSED's (2023-2025*     *June 2021-Present*

**HCA Memorial Hospital Jacksonville**     **Jacksonville, FL**
*July 2019-Present*

**Emory University Hospital & Grady Memorial Hospital/Marcus Trauma Center**     **Atlanta, GA**
*June 2016-June 2019*

## MEMBERSHIPS

- American College of Emergency Physicians, Fellow, Elected Fellow 2024
- Florida American College of Emergency Physicians, Full-Voting Physician Member
- American Academy of Emergency Medicine, Full-Voting Physician Member
- American Medical Association, Full-Voting Physician Member
- International Association of Rehabilitation Professionals (IARP), Professional Member
- International Association of Life Care Planning (IALCP) section (IARP-IALCP)

## PUBLICATIONS/PRESENTATIONS

1. Orlando Health, Department of Emergency Medicine, Research Assistant and Author, March 2015-December 2017
    a. Emergency Medicine research project under the direction of Salvatore Silvestri M.D., FACEP (PI and Program Director at the Orlando Health Emergency Medicine Residency Program).
    b. Publication:
        i. "Comparison of START and SALT triage methodologies to reference standard definitions and to a field mass casualty simulation"
        ii. Published December 2017 in the American Journal of Disaster Medicine; 12(1): 27-33
        iii. PubMed ID: 28822212; Website: https://www.ncbi.nlm.nih.gov/pubmed?term=28822212
2. Emory University School of Medicine, Department of Neurosurgery, Research Assistant and Author, Summer 2013
    a. Neurosurgery and Neuro-oncology research at Emory's Winship Cancer Institute under the direction of Costas Hadjipanayis M.D., Ph.D.

   b. Project Title: "Therapeutic Hyperthermia Treatment of Glioblastoma with Magnetic Nanoparticles: A New Paradigm Shift"
   c. Presentations and Publications (Neurosurgery project specific):
      i. Poster Presentation (requiring application and acceptance) at the American Medical Association's Annual Interim Conference in Washington, D.C.; November 15th, 2013.
      ii. Poster and Oral Presentation (requiring application and acceptance) at the American College of Surgeons Clinical Congress in San Francisco, CA; October 26th, 2014.
      iii. - Ranked in the "Top Forty of reviewed abstracts" pre-presentation.
      iv. Poster Presentation at the FSU College of Medicine's Annual Research Fair 2014 in Tallahassee, FL; March 2014
3. Emory University School of Medicine, Department of Radiation Oncology, Research Assistant, Summer 2011
   a. Radiation Oncology research at Emory's Winship Cancer Institute under the direction of Roberto Diaz M.D., Ph.D.
   b. Project Title: "Noninvasive Assessment of Breast Cancer Responses to Systemic Therapy Using Recombinant Peptides"
   c. Tested the novel drug STA 9090 for potential inhibition of the Hsp90 chaperone, primarily to observe if it caused cancer cell sensitization to radiation therapy.

---

# LEADERSHIP

**Legacy Medical Experts**
*Founder*                                                                                                              *March 2025-Present*
- Certified Life Care Planning and Medical Expert Witness company
- Legacy Medical Experts applies a precise, evidence-based approach to life care planning, ensuring accuracy in medical cost projections and furthermore aids legal teams navigate complex healthcare-related litigation

**Ascension St. Vincent's Hospital Jacksonville**                                                       **Jacksonville, FL**
*FSED Assistant Medical Director*                                                                    *October 2023-March 2025*

**Nebuscent**                                                                                                             **Watkinsville, GA**
*President and Chief Medical Officer*                                                                        *April 2023- Present*
- Company focused on inventing and developing innovative odor mitigation technology within the healthcare industry

**River City United Foundation**                                                                                                                              **Jacksonville, FL**
*Board Member*                                                                                                                                                        *January 2020- Present*
- The River City United Foundation is a group of professionals in Jacksonville, Florida that have gathered together with a common goal to better the community around us through philanthropy and creating connections between all non-profits to help us work together and give back to those in need within the River City.

**Emory Emergency Medicine Residency Program**                                                                                                **Atlanta, GA**
*Senior Resident Instructor*                                                                                                                                        *March 2018-June 2019*
- Instructor and mentor for junior resident physicians (PGY-1) and medical student's throughout multiple emergency procedure and simulation events
- Instructor for procedures including: Central Venous Access, Spinal Lumbar Punctures, Arthrocentesis, Orthopedic extremity stabilization and splinting, Intubation (direct laryngoscopy, video laryngoscopy, fiberoptic laryngoscopy)

**Grady Memorial Hospital Emergency Department Leadership Committee**                                              **Atlanta, GA**
*Resident Member*                                                                                                                                                      *July 2018-June 2019*
- Appointed to the patient experience committee within this leadership group
- Help create and implement protocols/procedures to optimize the patient experience during the Emergency Department visit

**Emory University School of Medicine Physician Assistant Program**                                                            **Atlanta, GA**
*Mentor*                                                                                                                                                                              *July 2017-July 2018*
- Mentored and lead PA students during PGY-2-PGY-3

**American Academy of Emergency Medicine**                                                                                                      **Milwaukee, WI**
*Regional Representative - South United States*                                                                                                  *April 2015- April 2016*
- Served as AAEM/RSA's Medical Student Council Regional Representative for the Southern region of the United States.
- This is a national level position for AAEM/RSA, as the Medical Student Council has three other elected regional representatives (comprising one representative for each region: South, Northeast, Midwest, and West).

**FSU College of Medicine**                                                                                                                                          **Tallahassee, FL**
*Year 3 & 4 Curriculum Committee Representative*                                                                                              *May 2014- May 2016*
- Served as the sole student committee member for the Class of 2016, regarding the 3rd & 4th year curriculum at the FSU College of Medicine.
- Communicated all student comments, inquiries and concerns, as well as proposed agenda items on behalf of the Class of 2016.
- Committee meetings were bi-monthly, video-conferenced, and included all Regional Campus Deans, Clerkship Education Directors, the Dean of Student Affairs, Dean of Administrative Affairs, Dean of Medical Education, and various FSU College of Medicine research faculties.

**FSU College of Medicine Executive Board— Class of 2016**  **Tallahassee, FL**
*Board Member*  *May 2012-May 2016*
- Sat on the Executive Board for the Class of 2016
- Headed numerous subcommittees geared towards fundraisers, volunteer activities, and social events.

**Medical Student Council (FSU College of Medicine)**  **Tallahassee, FL**
*Vice President*  *January 2013-March 2014*
- Oversaw and managed a budget of $56,000—primarily allocated amongst the 27 Registered Student Organizations at the FSU College of Medicine.

**Business and Medicine (FSU College of Medicine)**  **Tallahassee, FL**
*President*  *August 2013- August 2014*
- Planned and managed all organization's events (i.e. guest speakers and faculty presentations), allocated funds, and organized conference scheduling. Our events were aimed towards introducing and enhancing knowledge of the business and political aspects of medicine.

**FSU College of Medicine**  **Tallahassee, FL**
*Year 1 & 2 Curriculum Committee Representative*  *May 2012- May 2014*
- Solely represented the Class of 2016, regarding the curriculum and all academic curricular affairs

**Alpha Epsilon Delta Pre-Medical Honors Society, (University of Georgia)**  **Athens, GA**
*President*  *April 2010-April 2011*
- Lead and organized society's meetings and events
- One of the largest Organizations and Societies at The University of Georgia
- Faculty Advisor and Sponsor: Dr. Alan Langford

---

# VOLUNTEER EXPERIENCE

**Putnam County Jail System**  **Palatka, FL**
*Mentor and Motivational Speaker*  *August 2024-Present*

**Vituity Cares Foundation**  **Emeryville, CA**
*Volunteer*  *September 2023-Present*

**Peachtree Road Race**  **Atlanta, GA**
*Emergency Physician/Resident Volunteer*  *Summer 2016, 2017, 2018*
- Served as an Emergency Physician volunteer working with a team of other Emergency Physicians to ensure safety and lifesaving resuscitation for the race's runners and staff

**Adopt-A-Native Elder Program**                                                                          Salt Lake City, UT
*Volunteer and Fund-raiser*                                                                      *November 2011- Present*
- Help raise money to provide bi-annual gifts such as food, clothing, medical kits and yarn for multiple Native American Navajo elders

**Okiciyapi Tipi Habitat for Humanity**                                                 South Dakota
*Volunteer and Fund-raiser*                                                                        *January 2006- Present*
- Organized and managed multiple fundraisers to help build homes (via the Habitat for Humanity Organization) for Native Sioux Indians on the Cheyenne River Lakota Sioux Indian Reservation.

**Mercy Clinic**                                                                                                     Athens, GA
*Pharmacy technician and Spanish translator*                                  *January 2009- December 2011*
- Assisted the pharmacist with filling patient prescriptions and helped translate the needs and concerns of Hispanic patients.

**Oasis Catòlico**                                                                              Athens, GA
*Mentor and tutor*                                                             *January 2009- December 2011*
- Mentored and tutored underprivileged Hispanic children in grades 2 through 5

**Medical Mission Trip**                              Costa Rica and Panama, Central America
*Volunteer and Medical Assistant*                                                           *Summer 2009*
- Spent two weeks in small villages and farming communities throughout Costa Rica and Panama, primarily assisting the volunteer physicians and local missionaries.

## HONORS & AWARDS

- Phi Beta Kappa Honor Society
- Alpha Epsilon Delta Honor Society (2010-2011 President)
- Order of Omega Greek Honor Society
- National Collegiate Scholar Honor Society
- Delta Epsilon Iota Honor Society

## RECREATIONAL INTERESTS

- Fly Fishing, Golf, Football, Basketball, Lacrosse, Skiing, Swimming, Kayaking, Traveling and Fitness