**List of Deposition of Aarian Prinston Afshari, M.D., FACEP, FIGL CP-C:**

1. Tanya Lewis vs. The Red Door Saloon of Destin, LLC and CLAUDE PERRY ENTERPRISES, LLC; 2023 CA 002480; IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT IN AND FOR OKALOOSA COUNTY, FLORIDA
2. MARQUES ANTHONY JOHNSON vs. ISAIAS ORLANDO UBINAS and TOTAL MAINTENANCE GROUP, INC., CASE NO.: CACE24010889 (02), IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA
3. LAQUITA EBRON,v.CALVIN S. SESSIONS JR., JFM TRUCKING LLC and AMAZON LOGISTICS INC., IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT IN AND FOR DUVAL COUNTY, FLORIDA, CASE NO.: 16-2023-CA-001089 DIV: CV-H

*August, 21 2025*