Re: FEE SCHEDULE FOR DEPOSITION AND LIVE TRIAL FOR LCPpro EXPERT WITNESS LIFE CARE PLANNER:

LCPpro understands requesting the following consulting service(s) from LCPpro:

- **Life Care Plan** (**Expert Witness**) is defined as a report to be utilized for expert witness designation and testimony in deposition and/or trial. LCPpro is agreeable to expert witness designation and/or deposition and trial appearance. Life Care Plan Expert Witness cases include an in- depth review of provided medicals/documents, in-depth summary of medicals (including medical diagnosis, treatment plan, outcomes, complications, symptoms, and limitations), in-depth narrative of recommended or prescribed treatment plan as well as patterns of care identified in the reviewed medicals, client/family meeting, collaboration with providers/experts, medical research for evidence- based outcomes specific to the medical diagnoses on the case, and extensive cost research and development of cost grids/tables specific to the treatment recommendations. Expenses include airfare, rental car, hotel, provider/expert consulting fees, and mileage.

FEE SCHEDULE:

Deposition: $2250 for first hour (minimum), then an additional fee of $312.50 per 15 minute interval.

Live Trial: $5000.00 per half day (4 hours); $10,000.00 for Full Day (NOT airfare, rental car, hotel, provider/expert consulting fees, and mileage)

***All payments must be submitted 7 days before deposition/live trial date.***

***$1250.00 is due for any cancelations with in 14 days of deposition date***

***$2250.00 is due for any cancelations within 7 days of deposition date***

If we can answer any further questions, please contact us at 404-510-4309 (office cell), or email intake@lcppro.com.

Kind Regards,

Nadav Franco
Founder

LCPpro, LLC
3101 Cobb Pkwy Unit 124, FL 2
Atlanta, GA 30339
404-510-4309
Intake@lcppro.com