

**INVOICE**

**LCPpro, LLC**
104 E State St. #322
Sycamore, IL 60178

accounting@lcppro.com
+1 (630) 822-8244

**Bill to**
Edward Hardrick
Morgan & Morgan - Alpharetta
Park Plaza, 178 S Main St Unit 300
Alpharetta, GA 30009

**Invoice details**
Invoice no.: Y5667
Invoice date: 10/28/2025
Due date: 10/28/2026

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Life Care Plan** | Tony Clark<br>Reference# 16375975 | 1 | $5,000.00 | $5,000.00 |
| 2. | **Treating Physician Collaboration** | Dr. Nicholas Calupto<br>LCPpro MD ( Dr. Aarian Afshari) | 1 | $900.00 | $900.00 |
| 3. | **Rush** | | 1 | $1,500.00 | $1,500.00 |

| | Total | **$7,400.00** |
|---|---|---|

**Ways to pay**



Please make checks payable to:
LCPpro, LLC
104 E State St. #322
Sycamore, IL 60178

**Note to customer**
Thank you for the opportunity to assist with your client's case.

[ View and pay ]

**CONFIDENTIAL**                                                                                     LCP-T.CLARK_000041

Payment Approved. Please close the browser.

Print Receipt                                                            Close

```
GEORGIA SPINE AND ORTHOPAEDICS
11660 Alpharetta Hwy Bld 200
Roswell GA,30076
(678) 730-0948
=========================================

          ** Payment Receipt **

Date: 10/2/2025 12:09:50 PM (ET)

Receipt#: 781660697

Patient Name: Tony Clark
Patient DOB: 10/02/1966
Reason for Payment: call

Card Holder Information
Name: Miranda Freeman

Type: MasterCard
Acct: XXXXXXXXXXXX8573

Pre-Surcharge Amount: [slimcd_presurcharge_amount]

Surcharge Amount: 0.00

Amount: $500.00 USD


                Thank you!

_____
Validation Code: D7A51C9850DF2C3B391202BB4F87262440E32967
```

Dr. Afshari Peer to Peer with Dr. Bendiks/Nicholas Caputo PA-C (10/08/25) regarding client Tony Clark

1) Cervical and Lumbar Spine

2) YES

3) YES
    a. Cervical MBBs, bilateral C5-6, C6-7, allow 1
    b. Cervical ESI, C7-T1, allow 1
    c. Lumbar facet injections, bilateral L4-5, L5-S1, allow 1
    d. Lumbar TFESI, Bilateral L3, allow 1

4) YES
    a. No change in frequency

5) NO

6) Recommends Physical Therapy



**PATIENT NAME:** Tony Clark     **PROVIDER NAME:** Dr. Roland Hamilton or Douglas Hernandez, PA

1) Please specify which body parts you are actively treating (lumbar, neck, right shoulder)?
   ___head / brain_____

2) Given your patient has continued symptoms and limitations documented in the records or noted during the Life Care Plan assessment and concerns for flare-ups/exacerbations in the future, do you anticipate continued care (appointments, diagnostics, lab work, therapies, medications, etc.) on an ongoing, long-term basis for your patient's diagnosis related to the incident dated above?   YES _____  (NO)_____

3) Given your patient has continued symptoms/limitations documented in the records or noted during the Life Care Plan assessment and concerns for flare-ups/exacerbations in the future, do you recommend injection therapy for your patient?   (YES)_____  NO_____
   Please note specific body part for injection therapy (cervical, sacroiliac, caudal, right upper extremity, etc.)?
   ___Cervical trigger point injections vs occipital nerve blocks_____

   Specifics/type of injection therapy (TPI, ESI, MBB, RFA, occipital nerve block, etc.)?
   ___TPI, MBB, occipital nerve block_____

   Frequency of injection therapy (once, yearly, every 1-3 years, every 1-5 years, etc.)?
   ___PRN_____

4) If injections were beneficial, do you anticipate your patient will continue with injection therapy on an ongoing, long-term basis?   YES _____ (NO)_____
   If yes, are there any changes to the above type of injections and frequency?   YES _____ NO _____
   If yes, please note changes: _____

5) Do you recommend therapy your patient?   (YES)_____ NO_____
   If yes, please list specific therapy, frequency, & duration:
   ___Patient has completed exercise with oxygen therapy, which he states >70% improvements___

6) Do you recommend medication your patient?   (YES)_____ NO_____
   If yes, please list specific medication, dose, frequency & duration?
   ___Amitriptyline 25mg 1 tablet an hour before bedtime___

7) Additional comments regarding your patient's future care:  ___N/A_____



Provider signature _[signature]_                    Date 09.26.2025
Printed provider name: Douglas Hernandez PA-C